# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00062-CV

**Jay W. Harrington, Appellant**

**v.**

**Premiere Cinema Corporation and Gary Moore
Companies d/b/a GMCI, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 196,665-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to reverse the trial court's judgment and remand the cause to the trial court, stating that the cause is governed by the supreme court's decision in *Garza v. Exel Logistics, Inc.*, No. 02-1187, 2005 Tex. LEXIS 297 (Apr. 5, 2005). We grant the motion, reverse the trial court's judgment, and remand the cause for further proceedings.

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Reversed and Remanded on Joint Motion

Filed:   June 30, 2005